| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>In re<br><br>35300 ROUTE 48 HOLDING CORP.,<br><br>                                Debtor.<br>-----------------------------------------------------------X | Hearing Date and Time:<br>February 25, 2016 at 11:00 a.m.<br><br>Chapter 11<br><br>Case No. 15-71775-las |

## NOTICE OF MOTION FOR AN ORDER: (i) AUTHORIZING THE DEBTOR TO SELL CERTAIN PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, AND (ii) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE,** that upon the Application dated January 12, 2016 (the "Application") of 35300 ROUTE 48 HOLDING CORP., the Debtor and Debtor-in-Possession herein (The "Debtor"), a motion will be made before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, in his courtroom at the United States Bankruptcy Court, 560 Federal Plaza, Central Islip, New York 11722, on the 25th day of February, 2016, at 11:00 a.m. or as soon thereafter as counsel may be heard, for an order: (I) pursuant to 11 U.S.C. §§105 and 363(b) and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, authorizing the Debtor to enter into and carry out the terms and provisions of a certain agreement dated December 29, 2015 (the "Contract") for the sale of certain real property located at 35300 Route 48, Peconic, New York 11971 (the "Property") to Wayne Dupree ("Purchaser") for the price of $500,000.00, free and clear of all liens, claims, and encumbrances, with any such liens, claims and encumbrances to attach to the proceeds of sale; and (ii) granting such other and further relief as may be just and proper.

1

**PLEASE TAKE FURTHER NOTICE**, that a copy of the complete Application is on file with the Bankruptcy Court at the address set forth below and may be reviewed during the Court's regular business hours or may be obtained by contacting Debtor's counsel, the Law Office of Michael G. McAuliffe, 68 South Service Road, Melville, New York 11747, telephone (631) 465-0044, Attention: Michael G. Mc Auliffe, Esq., and requesting same.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and must be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's Electronic Court Filing System and by all other parties in interest on a 3.5 disk, preferably in Portable Document Format ("PDF"), Microsoft Word or other Windows-based word processing format with a copy ot be served upon the Law Offices of Michael G. McAuliffe, 68 South Service Road, Melville, New York 11747, telephone (631) 465-0044, Attention: Michael G. McAuliffe, Esq., attorneys for the Debtor, and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 Attn. Alfred Dimino, Esq., so as to be received not later than 4:00 p.m. seven days prior to the hearing date.

Dated: Melville, New York
       January 12, 2016

                                LAW OFFICE OF MICHAEL G. McAULIFFE
                                Counsel to the Debtor

                 By    /s/ Michael G. McAuliffe
                         Michael G. McAuliffe, Esq.
                         68 South Service Road, Suite 100
                         Melville, New York 11747
                         (631) 465-0044